IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER EVINS, on behalf of himself and a class of similarly situated individuals, ) ) ) | |
| Plaintiff, ) ) | Case No. 14-CV-00544-W-DW |
| v. ) ) | |
| GLOW NETWORKS, INC., ) ) | |
| Defendant. ) | |

# ORDER

Before the Court is the Plaintiff's Unopposed Motion and Memorandum in Support of Motion to Approve Settlement (the "Motion"). See Doc. 15. As set forth below, the Motion is GRANTED.

In this Fair Labor Standards Act case, the parties have reached a Class Settlement and Release (the "Settlement" or "Agreement") and moved this Court for approval of the Agreement. The Court has considered the submissions presented with respect to the Agreement addressing the collective class claims under state and federal wage and hour law.

NOW THEREFORE, after due deliberation, this Court hereby ORDERS that:

1. This Order ("Approval Order") will be binding on the Settling Class as defined in the Agreement.

2. The Agreement is fair, reasonable and adequate, is in the best interests of the Settling Class, should be, and hereby is, approved, especially in the light of the benefits to the class accruing therefrom, the discovery and investigation conducted by Class Counsel prior to the proposed Settlement, and the complexity, expense, risks and probable protracted duration of further litigation.

3. Defendant shall issue payment to the Settling Class in accordance with the Agreement.

4. All members of the Settling Class shall conclusively be deemed for all purposes to be permanently barred from commencing, prosecuting, or otherwise maintaining in any court or forum any action against the Released Parties for any Released Claims.

5. Class Counsel's application for an award of attorneys' fees and reimbursement of costs as set forth in the Settlement is hereby approved and Defendant shall issue such payment in accordance with the Agreement.

6. This Litigation is hereby dismissed in its entirety with prejudice for the Settling Class and without costs to any party, except to the extent otherwise expressly provided in the Agreement. This Court intends this Approval Order to be "Final" within the meaning of the Federal Rules of Civil Procedure and the Federal Rules of Appellate Procedure.

7. The Court finds, pursuant to Fed. R. Civ. P. 54(b), that there is no just reason for delay, and directs the Clerk to enter this Approval Order. The Clerk of Court is also directed to mark this case as closed.

IT IS SO ORDERED.


Date: February 20, 2015                    _____Dean Whipple_____
                                                    Dean Whipple
                                            United States District Judge